IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02548-PSF-CBS

JEFFREY T. OREHEK,

    Plaintiff,

v.

POLICE OFFICER JANUSZ,
POLICE OFFICER R. PIOTROWSKI,
POLICE OFFICER J. BOIES,
POLICE SERGEANT DOUGLAS NORCROSS,
FIREMAN BUTTNER,
FIRE CAPTAIN WALSH,
JOHN DOE GRAND JUNCTION POLICE OFFICERS,
SUPERVISORS AND TRAINERS 1-10,
JOHN DOE GRAND JUNCTION FIRE DEPARTMENT
PERSONNEL SUPERVISORS AND TRAINERS 1-10,
GRAND JUNCTION CHIEF OF POLICE GREG MORRISON,
GRAND JUNCTION FIRE CHIEF RICK BEATY, and
THE CITY OF GRAND JUNCTION, COLORADO,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Modify the Scheduling Order (filed June 30, 2005; *doc. no. 32*) is **GRANTED**. The deadline for to file motions for amendment of pleadings or joinder of parties pursuant to FED.R.CIV.P. 15 and 20 is extended to on or before **July 21, 2005**.

**DATED:**    July 6, 2005