IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2548-PSF-CBS

JEFFREY T. OREHEK,

    Plaintiff,

v.

POLICE OFFICER JANUSZ;
POLICE OFFICER R. PIOTROWSKI;
POLICE OFFICER J. BOIES;
POLICE SERGEANT DOUGLAS NORCROSS;
FIREMAN bUTTNER;
FIRE CAPTAIN WALSH
JOHN DOE GRAND JUNCTION POLICE OFFICERS, SUPERVISORS
AND TRAINERS 1-10;
JOHN DOE GRAND JUNCTION FIRE DEPARTMENT PERSONNEL,
SUPERVISORS AND TRAINERS 1-10;
GRAND JUNCTION CHIEF OF POLICE GREG MORRISON;
GRAND JUNCTION FIRE CHIEF RICK BEATY; and
THE CITY OF GRAND JUNCTION, COLORADO,

    Defendants.

---

**ORDER ON DEFENDANT CITY OF GRAND JUNCTION'S
MOTION TO DISMISS PLAINTIFF'S THIRD CLAIM FOR RELIEF**

---

THIS MATTER is before the Court on Defendant City of Grand Junction's Motion to Dismiss Plaintiff's Third Claim for Relief (Dkt. # 25), filed May 2, 2005.  In response to defendant's motion, Plaintiff Jeffrey T. Orehek represents that he does not oppose the relief requested therein.  Therefore, the motion is GRANTED.  Each party shall bear his or its own attorneys' fees and costs as to that motion.

    DATED:  August 15, 2005

                                                BY THE COURT:

                                                s/ Phillip S. Figa
                                                _____
                                                Phillip S. Figa
                                                United States District Judge