IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 04-cv-2548-PSF-CBS

JEFFREY T. OREHEK

        Plaintiff,

v.

POLICE OFFICER JANUSZ,
POLICE OFFICER R. PIOTROWSKI,
POLICE OFFICER J. BOIES,
POLICE SERGEANT DOUGLAS NORCROSS
FIREMAN BUTTNER
FIRE CAPTAIN WALSH
JOHN DOE GRAND JUNCTION POLICE OFFICERS, SUPERVISORS,
AND TRAINERS 1-10,
JOHN DOE GRAND JUNCTION FIRE DEPARTMENT PERSONNEL,
SUPERVISORS, AND TRAINERS 1-10,
GRAND JUNCTION CHIEF OF POLICE GREG MORRISON,
GRAND JUNCTION FIRE CHIEF RICK BEATY, AND
THE CITY OF GRAND JUNCTION, COLORADO,

        Defendants.

ORDER REGARDING
UNOPPOSED AMENDED MOTION TO MODIFY THE SCHEDULING ORDER TO
EXTEND TIME TO FILE 26(a)(2) EXPERT DESIGNATIONS

        THIS MATTER comes before the Court on Plaintiff's Unopposed Amended Motion to Modify the Scheduling Order to Extend Time to File 26(a)(2) Expert Designations (filed November 4, 2005; *doc. no. 51*). The court having reviewed the file and being fully advised in the premises, hereby

        **ORDERS** that the plaintiff's Unopposed Amended Motion to Modify the Scheduling Order to Extend Time to File 26(a)(2) Expert Designations is **GRANTED**. The deadline for the

plaintiff to designate all experts and provide opposing counsel with all information identified in Fed. R. Civ. P. 26(a)(2) is extended to **November 11, 2005**.  It is further

**ORDERED** that the hearing set for November 18, 2005, at 10:45 a.m. (Mountain Time) is VACATED.  It is further

**ORDERED** that Plaintiff's Motion for Extension of Time to File 26(a) Expert Designations (filed October 19, 2005; *doc. no. 46*) is **DENIED** as moot.

DATED at Denver, Colorado, this 14th day of November, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge