IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Case No.  04-cv-2548-PSF-CBS

JEFFREY T. OREHEK

      Plaintiff,

v.

POLICE OFFICER JANUSZ;
POLICE OFFICER R. PIOTROWSKI,;
POLICE OFFICER J. BOIES;
POLICE SERGEANT DOUGLAS NORCROSS;
JOHN DOE GRAND JUNCTION FIRE DEPARTMENT PERSONNEL,
SUPERVISORS, AND TRAINERS 1-10;
GRAND JUNCTION CHIEF OF POLICE GREG MORRISON; and
THE CITY OF GRAND JUNCTION, COLORADO,

      Defendants.

## ORDER REGARDING
## STIPULATION FOR DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Dkt. # 54).  The Court, having reviewed the file, considered said Stipulation for Dismissal, and being fully advised in the premises, hereby

ORDERS that the Stipulation for Dismissal with Prejudice is GRANTED. Defendants Fireman Butner, Fire Captain Walsh and Fire Chief Rick Beaty are DISMISSED, each party to bear his responsibility for fees and costs.  It is further

ORDERED that Defendants Butner, Walsh and Beaty, and John Doe Grand Junction Police Officers, Supervisors, and Trainers 1-10, shall be removed from the caption.

DATED: November 16, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge