# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Phillip S. Figa

Civil Case No. 04-cv-2548-PSF-CBS

JEFFREY T. OREHEK

    Plaintiff,

v.

POLICE OFFICER JANUSZ,
POLICE OFFICER R. PIOTROWSKI,
POLICE OFFICER J. BOIES,
POLICE SERGEANT DOUGLAS NORCROSS
JOHN DOE GRAND JUNCTION FIRE DEPARTMENT PERSONNEL, SUPERVISORS AND TRAINERS 1-10,
GRAND JUNCTION CHIEF OF POLICE GREG MORRISON, AND
THE CITY OF GRAND JUNCTION, COLORADO,

    Defendants.

_____

## ORDER REGARDING
## STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

**THIS MATTER**, having come before the Court, the Court having received the Stipulation for Dismissal with Prejudice (Doc. # 59) and the file, having considered said Stipulation for Dismissal with Prejudice, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulation for Dismissal with Prejudice is **GRANTED**. Defendants Police Officer Eric Janusz, Police Officer Ryan Piotrowski, Police Officer Jeremiah Boies, Police Sergeant Douglas Norcross and Chief of Police Greg Morrison are dismissed with prejudice, each party to bear responsibility for their own fees and costs.   It is

FURTHER ORDERED that Defendants Police Officer Eric Janusz, Police Officer Ryan Piotrowski, Police Officer Jeremiah Boies, Police Sergeant Douglas Norcross and Chief of Police Greg Morrison, and John Doe Grand Junction Fire Department Personnel, Supervisors, and Trainers 1-10, shall be removed from the caption.

Plaintiff's remaining Claims 2, 6, and 7 are against remaining Defendant The City of Grand Junction, Colorado.

DATED: December 12, 2005.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Court Judge