IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2548-PSF-CBS

JEFFREY T. OREHEK,

      Plaintiff,

v.

THE CITY OF GRAND JUNCTION, COLORADO,

      Defendant.

---

## ORDER REGARDING STIPULATION FOR DISMISSAL

---

The parties' Stipulation for Dismissal With Prejudice (Dkt. # 64) shall be viewed by the Court as a motion for dismissal. Upon review, it is hereby

ORDERED that the Stipulation for Dismissal With Prejudice is GRANTED. Defendant City of Grand Junction, Colorado is DISMISSED with prejudice, each party to bear his or its own fees and costs. The Court notes that Defendant City of Grand Junction, Colorado is the final defendant to be dismissed from this case. Accordingly, upon entry of this order of dismissal, this case shall be deemed closed.

DATED: January 17, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____

Phillip S. Figa
United States District Judge